## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| WILLIAM DEFORTE | : | No. 83 WM 2018 |
| | : | |
| v. | : | |
| | : | |
| BOROUGH OF WORTHINGTON, et al | : | |
| | : | |
| PETITION OF: UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT | : | |
| | : | |
| | : | |
| EVAN TOWNSEND | : | |
| | : | |
| v. | : | |
| | : | |
| BOROUGH OF WORTHINGTON, et al | : | |
| | : | |
| PETITION OF: UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT | : | |

## <u>ORDER</u>

**PER CURIAM**

AND NOW, this 17th day of July, 2018, the Petition for Certification of Question of State Law is GRANTED. This Court shall consider the following issue:

Whether, under Pennsylvania law, (1) the Pennsylvania Borough Code and the Police Tenure Act must be read *in pari materia*, such that every legally authorized police force in Pennsylvania fall under the governance of one of those two state statutes, and (2) if not, whether the same test should be used to determine whether the Tenure Act's two-officer maximum and the Borough Code's three-officer minimum is satisfied.

The Prothonotary is DIRECTED to establish a briefing schedule and list this case for oral argument.